Received
U.S. Marshals Service

2021 AUG -6 PM 1:02

N/OK

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>__LAURA KAY SAWYER__<br>*Defendant* | )<br>)<br>)  Case No. 21-mj-549-SH<br>)<br>) |

FILED
AUG 10 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __LAURA KAY SAWYER,__
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Possession of Methamphetamine with Intent to Distribute
21 U.S.C. § 846 – Drug Conspiracy
18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Date: 8/5/21 at 10:17 am.

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Susan Huntsman, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/6/21, and the person was arrested on *(date)* 8/9/21
At *(city and state)* TULSA, OKLAHOMA
Date: 8/9/21

*Arresting officer's signature*

Rebecca Loeb Special Agent
*Printed name and title*

DAN/kj