UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                      Plaintiff,
vs.

Laura Kay Sawyer,
                     Defendant(s).

Case No.: 21-mj-00549-SH
Date: 8/13/2021
Court Time: 2:36pm-2:55pm

**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING**

Jodi F. Jayne, U.S. Magistrate Judge     S. Cope, Deputy Clerk     Magistrate Courtroom 1

Interpreter: _____ ☐ Sworn
Counsel for Plaintiff: David Nasar
Counsel for Defendant: Stephen G Layman    Appt.
Case called for: ☒ Detention Hearing, ☒ Preliminary Hearing;
☒ Defendant appears in custody with counsel; by video
Defendant waives: ☐ Preliminary Hearing ☒ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # _____;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 6 ): ☐ granted, ☐ denied, ☒ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____ Bond and Conditions of Release executed;
☒ Defendant detained and remanded to custody of U.S. Marshal, ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes: Preliminary hearing continued to 8/16/21 @ 11:00am in person

Government's Witnesses:               Defendant's Witnesses:

Government's Exhibits:                Defendant's Exhibits: