# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, Plaintiff, vs. Laura Kay Sawyer, Defendant(s). | Case No.: 21-mj-00549-SH<br>Date: 8/16/2021<br>Court Time: 11:02am-11:47am<br>12:03pm - 12:10am<br>**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING** |

Jodi F. Jayne, U.S. Magistrate Judge    S. Cope, Deputy Clerk    Magistrate Courtroom 1

Interpreter: _____ ☐ Sworn
Counsel for Plaintiff: David Nasar
Counsel for Defendant: Stephen G Layman    Appt. ___
Case called for: ☐ Detention Hearing, ☒ Preliminary Hearing;
☒ Defendant appears in custody with counsel;
Defendant waives: ☐ Preliminary Hearing ☐ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # _____;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☒ Witness(es) sworn and testimony given;
☒ Arguments heard;
☒ Court Finds Probable Cause;
Motion for Detention (Dkt # ___): ☐ granted, ☐ denied, ☐ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____ Bond and Conditions of Release executed;
☒ Defendant detained and remanded to custody of U.S. Marshal, ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes:
_____
_____

Government's Witnesses:
Rebecca Loeb 11:03am - 11:44am

Defendant's Witnesses:

Government's Exhibits:

Defendant's Exhibits: