# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

Plaintiff,

vs.

Laura Kay Sawyer,

Defendant(s).

Case No.: 21-cr-00356-CVE-2
Date: 3/18/2022
Court Time: 9:24 a.m. to 9:35 a.m.

**MINUTE SHEET - SENTENCING**

Claire V. Eagan, U.S. District Judge          C. Butler, Deputy Clerk          Greg Bloxom, Reporter

Counsel for Plaintiff: David Nasar          Counsel for Defendant: Stephen G. Layman , Appt.
Probation Officer: Ben Ciranowicz          Interpreter: _____ ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel          ☐ Counsel waived          ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:     ☒ Objs by:   ☐ Pltf  ☒ Deft**  ☐ No Objs;     ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;          ☒ Findings re: Plea Agreement Accepted
☒ Sentence re: Guideline; ☒ Findings made;  ☒ Departure:  ☐ Variance:     ☐ Upward     ☒ Downward
☐ Victim present and heard;  ☐ Victim present  ☐ Victim not present
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 87 ]:     ☒ Granted ☐ Denied     ☐ Granted/Denied in part     ☐ Moot
☐ Motion [Dkt. ___ ]:     ☐ Granted ☐ Denied     ☐ Granted/Denied in part     ☐ Moot

**SENTENCE: As to Count(s)** 6 _____ **of the Indictment** :

☐ Bureau of Prison for a term of _____          ☐ Concurrent  ☐ Consecutive  ☐ Not Imposed
☒ Probation for a term of          5 years          ☐ Concurrent  ☐ Consecutive  ☐ Not Eligible
☐ Supervised Release for term of _____          ☐ Concurrent  ☐ Consecutive  ☐ Not Imposed
☐ Fine:          $_____     ☐ With Interest     ☐ Interest Waived  ☒ Not Imposed
☐ Restitution:          $_____     ☐ With Interest     ☐ Interest Waived  ☐ Not Applicable
☒ Special Monetary Assessment     $100          ☒ Due Immediately  ☐ As Directed
☐ JVTA Assessment (18 USC 3014)     $_____          ☐ Waived-Defendant found indigent     ☐ Not Applicable
☐ AVAA Assessment (18 USC 2259)     $_____          ☐ Waived-Defendant found indigent     ☐ Not Applicable
☒ Order of Forfeiture [Dkt. 57 ]:  is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction          ☐ Gambling;     ☐ to include treatment
☒ DNA Sample          ☐ Home Detention Condition - ____ months*
☒ Controlled Substances Restriction          ☐ Immigration
☐ Alcohol Abstinence          ☒ Mental Health;     ☐ to include treatment
☐ Anger Management          ☐ No contact with Victim
☐ Community Confinement - ____ months          ☐ Restitution
☐ Community Service - ____ hours          ☒ Search & Seizure
☐ Computer Restriction          ☐ Sex Offender - Paragraphs _____
☐ Curfew - ____ months*          ☐ Sober Living
☐ Domestic Violence Program          ☒ Substance Abuse Treatment & Testing
☒ Drug Testing     ☐ Drug Testing Suspended          ☐ Workforce Development
☐ Financial          *Entire cost of the electronic monitoring shall be paid by:     ☐ Prob  ☐ Deft

☒ Defendant advised of right to appeal          Court recommends to BOP:
☐ Appeal affidavit required          ☐ Designate a facility located in or near: _____
                              ☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored
                              ☐ Residential Drug Abuse Treatment     ☐ Mental/Medical Evaluation
                              ☐ Most comprehensive substance abuse treatment available
                              ☐ Other: _____

☐ Deft to self surrender to designated institution by 2:00 p.m. on: _____, U.S.M. to advise of institution;  ☐ Findings made
☒ Remaining counts ordered dismissed:  Counts 2-5 of the Indictment as to Defendant Sawyer.
☐ Defendant remanded to custody of U.S. Marshal
**Additional Minutes:** ** Court orders #43 of PSI be amended as noted on the record.