# UNITED STATES DISTRICT COURT

Northern District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LAURA KAY SAWYER | )<br>)<br>)<br>) Case Number: 4:21CR00356–2<br>)<br>)<br>) |

## Report and Order Terminating Probation

On March 18, 2022, Laura Kay Sawyer was placed on probation for a period of five years. She has since complied with the rules and regulations of supervised release without violation, completed the Franklin Covey program, is disabled and caring for her mother, and is supervised on a low-risk caseload. It is therefore recommended that defendant be discharged from supervision. Plaintiff has no objection to early termination.

Respectfully submitted,

*s/Ashley Schneeberg*
Chief United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the term of probation in this case shall be **terminated on July 3, 2023,** and defendant shall be **discharged** from supervision on that date.

June 22, 2023
Date

*[signature]*
Signature of Judge

Gregory K. Frizzell
United States District Judge