IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>WILLIAM COLBY COX,<br>LAURA KAY SAWYER,<br><br>      Defendants. | Case No. 21-CR-356-CVE |

### Notice of Scrivener's Error

The United States of America, by undersigned counsel, respectfully advises the Court that the Notices of Final Order of Forfeiture (Dkt. # 101 and 102) filed on December 16, 2022 and December 20, 2022, respectfully, contained a typographical error.

The serial number of the Taurus Inc., Model PT-22, .22 caliber pistol was incorrectly identified as 844372. The correct serial number is 84437Z.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*
REAGAN V. REININGER, OBA # 22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119
Telephone: (918) 382-2700
Email: reagan.reininger@usdoj.gov

**Certificate of Service**

I hereby certify that on February 14, 2024, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

/s/ *Pam Kuch*
PAM KUCH, Paralegal